# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re<br><br>SIMEON MORENO,<br><br>　　　　　　　　　　Debtor | Chapter 13<br>Case No. 08-17715-FJB |

## ORDER ON
## MOTION OF PROPERTY ASSET MANAGEMENT, INC.
## FOR RELIEF FROM THE AUTOMATIC STAY

For the reasons set forth in the separate memorandum of decision issued today, the Motion of Property Asset Management, Inc., for Relief from the Automatic Stay [doc. #44] is hereby denied.

Date: May 21, 2010

_____
Frank J. Bailey
United States Bankruptcy Judge